**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:

Armada Operating, Llc

Debtor(s)

Case No. 15-41556
Chapter 7

**MOTION TO APPROVE SALE OF PROPERTY FREE OF LIENS, CLAIMS
AND ENCUMBRANCES, WITH LIENS, CLAIMS AND ENCUMBRANCES
TO ATTACH TO SALES PROCEEDS**

**NO HEARING WILL BE CONDUCTED ON THIS APPLICATION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW, Linda Payne, the duly qualified and acting Chapter 7 Trustee for the above styled and numbered cause, and files this Motion to Approve Sale of Interest in Property Free of Liens, Claims and Encumbrances, with Liens, Claims and Encumbrances to Attach to Sales Proceeds (the "Motion"), pursuant to 11 U.S.C. §363(f) and Fed.R.Bankr.P. 6004(c), and in support hereof, would show the court as follows:

1. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter involves the sale of property of the estate and, thus, constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (N).

2. On August 28, 2015 ("Petition Date") Armada Operating, LLC ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-referenced bankruptcy proceeding. Movant is the Chapter 7 Trustee appointed in this case.

3. As of the Petition Date, two of the assets identified by Debtor on Schedule B of

its bankruptcy schedules are a 2012 Ford F-150 pickup and a 2008 Honda 4X4 ATV (the "Property").

4. As of the Petition Date, the Debtor valued the Property at approximately $12,000.00 and $1,500.00 respectively.

5. Trustee has received an offer to purchase the Property from Tom Splechter, whose address is 1077 Osage Road, Yates Center, KS 66783 ("Purchaser") for the sum of $4,500.00 (the "Purchase Price").

6. Trustee requests authority to sell the Property to Purchaser. Trustee believes the Purchase Price represents the fair market value of the Property and is in the best interest of the estate. The 2012 Ford F150 pickup has 100,000 miles and needs new tires. If the Property had to be picked up, moved and auctioned, the expenses would overshadow the value. The Trustee requests that (i) the sale be made "as is, where is" without any representations or warranties concerning the condition of the Property; and (ii) that no obligation, warranty or personal liability shall be placed on Trustee in any capacity, other than as Trustee of this estate.

7. Trustee requests authority to sell the Property free and clear of all liens, claims and encumbrances pursuant to Section 363(f)(3), (4) and/or (5) of the Bankruptcy Code with such liens, claims and encumbrances attaching to the sales proceeds.

8. Trustee further requests authorization to execute all documents necessary to consummate the closing of an approved sale.

**PRAYER**

WHEREFORE, Trustee prays that the Court enter an order pursuant to 11 U.S.C. § 363(f) authorizing her to sell the Property to Purchaser as described above free and clear of any and all

liens, claims and encumbrances with any and all such liens, claims and encumbrances attaching to the sale proceeds and granting the Trustee such other and further relief to which she is justly entitled.

Dated: September 23, 2015

                Respectfully submitted,

                THE MOORE LAW FIRM, L.L.P.

                /s/ Bill F. Payne
                BILL F. PAYNE, SBN 15649500
                100 North Main Street
                Paris, Texas 75460
                Telephone 903-784-4393 or 972-628-4901
                Facsimile  903-785-0312

                ATTORNEY FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served on the persons listed on the attached mailing matrix through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage pre-paid, on September 23, 2015.

/s/ *Bill F. Payne*
Bill F. Payne

```
Label Matrix for local noticing          Anchor Drilling Fluids USA, Inc          Archer Directional Drilling
0540-4                                    P O Box 1390                            10613 W Sam Houston Pkwy Ste 600
Case 15-41556                             Tulsa OK 74101-1390                     Houston TX 77064-4663
Eastern District of Texas
Sherman
Wed Sep 23 10:08:44 CDT 2015

Archer Directional Drilling Services, LLC  Armada Operating, LLC                  Jennifer Klein Ayers
c/o Carl Dore', Jr.                       5220 Spring Valley Rd                   K&L GATES, LLP
Dore' Law Group, P.C.                     Suite 615                               1717 Main Street, Suite 2800
17171 Park Row, Suite 160                 Dallas, TX 75254-2431                   Dallas, TX 75201-7342
Houston, TX 77084-4927

Bio-Action, Inc                           Collins Automotive                      D & D Propane, Inc
P O Box 2425                              P O Box 22                              P O Box 296
Casper WY 82602-2425                      Piqua KS 66761-0022                     Humboldt KS 66748-0296


Decollement Consulting, Inc               Delta Seaboard, LLC                     Carl Dore
13300 Braun Rd                            1212 W Sam Houston Pkwy N               Dore Law Group, PC
Golden CO 80401-1645                      Houston TX 77043-4009                   17171Park Row, Ste 160
                                                                                  Houston, TX 77084-4927


Everardo Rodriguez                        Frontier Drilling, LLC                  (p)INTERNAL REVENUE SERVICE
519 S Cedar Street                        1608 NW Expressway, Ste 102             CENTRALIZED INSOLVENCY OPERATIONS
Garnett KS 66032-1517                     Oklahoma City OK 73118-1440             PO BOX 7346
                                                                                  PHILADELPHIA PA 19101-7346


Lyon-Coffey Electric Cooperative In       Maclaskey Oilfield Services, Inc        Zachary S. McKay
P O Box 229                               105 N Industrial Road                   Dore Law Group, P.C.
Burlington KS 66839-0229                  El Dorado KS 67042                      17171 Park Row, Suite 160
                                                                                  Houston, TX 77084-4927


Midwest Surveys, Inc                      NOV Tuboscope                           Oil Patch Pump & Supply, Inc
P O Box 68                                7909 Parkwood Circle Drive              Iola Store
Osawatomie KS 66064-0068                  Houston TX 77036-6565                   P O Box 591
                                                                                  Chanute KS 66720-0591


Pason Systems USA Corp                    Linda S Payne                           Piqua Farmers Co-operative Assn
16035 Table Mountain Parkway              Chapter 7 Bankruptcy Trustee            201 S Washington
Golden CO 80403-1642                      12270 Coit Road, Suite 541              Piqua KS 66761-1673
                                          Dallas, TX 75251


Railroad Commission Of Texas              Reef Services, LLC                      Sievers Auto, Inc
P-5 Financial Assurance Unit              P O Box 203187                          806 W Mary
P O Box 12967                             Dept 18703                              Yates Center KS 66783-2300
Austin TX 78711-2967                      Dallas TX 75320-3187


Smith International, Inc                  TS Construction General Contractor      Tforce Energy Services, Inc
P O Box 732136                            1586 Highway 54                         6143 S Willow Dr, Ste 230
Dallas TX 75373-2136                      Yates Center KS 66783-5201              Englewood CO 80111-5124
```

| | | |
|---|---|---|
| Twin Motors Ford, Inc<br>P O Box 844<br>Iola KS 66749-0844 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 |
| United States Attorney s Office<br>110 North College Avenue, Suite 700<br>Tyler TX 75702-0204 | Verde Oil Company<br>3345 Arizona Road<br>Savonburg KS 66772-4062 | Weatherford US LP<br>P O Box 301003<br>Dallas TX 75303-1003 |
| Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | David Weitman<br>K&L Gates LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, TX 75201-7342 | ZECO Equipment, LLC<br>P O Box 1459<br>Vernal UT 84078-1459 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Special Procedures
1100 Commerce, Room 951
STOP 5025 DAL
Dallas TX 75242

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Prosperity Bank

End of Label Matrix
Mailable recipients   38
Bypassed recipients    1
Total                 39