**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE:<br><br>ARMADA OPERATING, LLC<br><br>Debtor | Case No. 15-41556<br>Chapter 7 |

## NOTICE OF CHANGE IN SCHEDULE OF CREDITORS

In accordance with LBR 1007(b)7, the attached amended schedule is filed for the following reason (check only one):

- **x**    Add Creditor(s) [requires $30.00 filing fee]

- __    Delete Creditor(s) [requires $30.00.00 filing fee]

- __    Change the Amount of a Debt [requires $30.00 filing fee]

- __    Change the Classification of a Debt [requires $30.00 filing fee]

- __    Change address of Creditor(s) or add an Attorney for a Creditor (no fee required)

- __    Amendment to Schedule C - Property Claimed as Exempt **[requires service on matrix]**

- __    Amendment to Schedule I - Current Income of Individual Debtor(s)

- __    Amendment to Schedule J - Current Expenditures of Individual Debtor(s)

- __    Initial Amended Schedules due to Chapter Conversion

> Instructions: A separate Notice of Change is required when both adding and deleting creditors. An amended (partial matrix is required to add or delete creditors. **Annotate Clearly So Changes Are Easily Understandable.** Do Not Refile A Complete New Matrix. Only those creditors affected by the amended schedule should be shown on the matrix. If the $30.00 filing fee is required, multiple filings of a Notice of Change filed in the same case at the same time require only a single $30.00 fee. Adding or deleting creditors at different times require a fee each time.

> I, or each of us, declare under penalty of perjury that I/we have read the changes in the List of Creditors Master Mailing List (matrix) and to the schedules and statements as attached hereto and that they are correct to the best of my/our knowledge, information and belief.
>
> Date: October 1, 2015            /s/ Randy M. Griffin
>                                                   Randy M. Griffin, C.E.O.

## NOTICE OF CHANGE IN SCHEDULES OF CREDITORS

The following creditors were left off the original matrix and should be ADDED:

Frontier Drilling, LLC
c/o Thomas A. Thompson
MacPherson, Kelly & Thompson, LLC
PO Box 999
Rawlins, WY 82301

YC Tire & Auto, LLC
PO Box 182
Yates Center, KS 66783

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Debtor's Notice of Change has been sent by electronic transmission to the Office of the United States Trustee, 110 N College, Suite 300, Tyler, Texas 75702 and notice of the bankruptcy has been sent by first class mail to the following on October 1, 2015:

Frontier Drilling, LLC
c/o Thomas A. Thompson
MacPherson, Kelly & Thompson, LLC
PO Box 999
Rawlins, WY 82301

YC Tire & Auto, LLC
PO Box 182
Yates Center, KS 66783

                                      /s/ Mark A. Weisbart
                                      Mark A. Weisbart
                                      Texas Bar No. 21102650
                                      THE LAW OFFICE OF MARK A. WEISBART
                                      12770 Coit Road, Suite 541
                                      Dallas, Texas 75251
                                      (972) 628-4903 Phone
                                      (972) 628-4905 Fax
                                      weisbartm@earthlink.net

                                      COUNSEL FOR DEBTOR

B6F (Official Form 6F) (12/07)

In re **Armada Operating, LLC**, Case No. **15-41556**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anchor Drilling Fluids USA, Inc.**<br>**P.O. Box 1390**<br>**Tulsa, OK 74101-1390** | - | | | | | | 226,982.44 |
| Account No.<br><br>**Bio-Action, Inc.**<br>**P.O. Box 2425**<br>**Casper, WY 82602** | - | | | | | | 128,402.02 |
| Account No.<br><br>**Collins Automotive**<br>**P. O. Box 22**<br>**Piqua, KS 66761** | - | | | | | | 1,024.35 |
| Account No.<br><br>**D & D Propane, Inc.**<br>**P.O. Box 296**<br>**Humboldt, KS 66748** | - | | | | | | 589.67 |
| __5__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 356,998.48 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Armada Operating, LLC**, Case No. **15-41556**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Decollement Consulting, Inc.<br>13300 Braun Rd.<br>Golden, CO 80401 | - | | | | | | 50,857.00 |
| Account No.<br>Delta Seaboard, LLC<br>1212 W. Sam Houston Pkwy N<br>Houston, TX 77043 | - | | | | | | 19,861.75 |
| Account No.<br>Everardo Rodriguez<br>519 S. Cedar Street<br>Garnett, KS 66032 | - | | | | | | 9,816.00 |
| Account No.<br>Frontier Drilling, LLC<br>c/o Thomas A. Thompson<br>MacPherson, Kelly & Thompson, LLC<br>PO Box 999<br>Rawlins, WY 82301 | - | | | | | | **Unknown** |
| Account No.<br>Lyon-Coffey Electric Cooperative In<br>P. O. Box 229<br>Burlington, KS 66839-0229 | - | | | | | | 10,705.39 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **91,240.14**

B6F (Official Form 6F) (12/07) - Cont.

In re **Armada Operating, LLC**, Case No. **15-41556**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Maclaskey Oilfield Services, Inc.**<br>**105 N. Industrial Road**<br>**El Dorado, KS 67042** | - | | | | | | 870.00 |
| Account No.<br>**Midwest Surveys, Inc.**<br>**P. O. Box 68**<br>**Osawatomie, KS 66064-0068** | - | | | | | | 175.00 |
| Account No.<br>**NOV Tuboscope**<br>**7909 Parkwood Circle Drive**<br>**Houston, TX 77036** | - | | | | | | 55,763.43 |
| Account No.<br>**Oil Patch Pump & Supply, Inc.**<br>**Iola Store**<br>**P. O. Box 591**<br>**Chanute, KS 66720** | - | | | | | | 7,300.12 |
| Account No.<br>**Pason Systems USA Corp**<br>**16035 Table Mountain Parkway**<br>**Golden, CO 80403** | - | | | | | | 25,535.44 |

Sheet no. __2__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **89,643.99**

B6F (Official Form 6F) (12/07) - Cont.

In re **Armada Operating, LLC**, Case No. **15-41556**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Piqua Farmers Co-operative Assn.**<br>**201 S. Washington**<br>**Piqua, KS 66761** | - | | | | | | 83.15 |
| Account No.<br>**Railroad Commission Of Texas**<br>**P-5 Financial Assurance Unit**<br>**P. O. Box 12967**<br>**Austin, TX 78711-2967** | - | | **Notice Only** | | | | 0.00 |
| Account No.<br>**Reef Services, LLC**<br>**P. O. Box 203187**<br>**Dept. 18703**<br>**Dallas, TX 75320-3187** | - | | | | | | 1,650.00 |
| Account No.<br>**Sievers Auto, Inc.**<br>**806 W. Mary**<br>**Yates Center, KS 66783** | - | | | | | | 41.41 |
| Account No.<br>**Smith International, Inc.**<br>**P. O. Box 732136**<br>**Dallas, TX 75373-2136** | - | | | | | | 36,004.83 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **37,779.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **Armada Operating, LLC**, Case No. **15-41556**
              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Tforce Energy Services, Inc.**<br>**6143 S. Willow Dr, Ste. 230**<br>**Englewood, CO 80111** | - | | 10/09/14 | | | | 353,160.30 |
| Account No.<br>**TS Construction General Contractor**<br>**1586 Highway 54**<br>**Yates Center, KS 66783** | - | | | | | | 799.83 |
| Account No.<br>**Twin Motors Ford, Inc.**<br>**P. O. Box 844**<br>**Iola, KS 66749** | - | | | | | | 2,883.95 |
| Account No.<br>**Verde Oil Company**<br>**3345 Arizona Road**<br>**Savonburg, KS 66772** | - | | | | | | 1,686.25 |
| Account No.<br>**Verde Oil Company**<br>**3345 Arizona Road**<br>**Savonburg, KS 66772** | - | | | | | | 1,045.00 |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **359,575.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Armada Operating, LLC**, Case No. **15-41556**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. YC Tire & Auto, LLC PO Box 182 Yates Center, KS 66783 | | - | | | | | 92.83 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **92.83**

Total (Report on Summary of Schedules) **935,330.16**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy